UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KENNETH BRIDGES, | ) | Case No.: 11-CV-00712-LHK |
|---|---|---|
| Plaintiff, | ) ) | ORDER REQUIRING PARTIES TO FILE CONSENT OR DECLINATION TO |
| v. | ) ) | PROCEED BEFORE A UNITED |
| LOTUS CARS, INC., | ) ) | STATES MAGISTRATE JUDGE BY 1:00 PM, TUESDAY, MAY 17, 2011 |
| Defendant. | ) ) | |

In their May 11, 2011 Joint Case Management Statement, both parties in this action have apparently consented to proceed before a United States Magistrate Judge for all purposes. *See* May 11, 2011 Joint Case Management Statement, ¶ 13 ("The parties consent to have a magistrate judge conduct all further proceedings."). Neither party, however, has filed a signed "Consent to Proceed before a United States Magistrate Judge" form. Both Consent and Declination forms are available on the Court's website at cand.uscourts.gov under the section "Civil Forms."

Accordingly, **by 1:00 p.m., Tuesday, May 17, 2011**, each party shall file a form either consenting or declining to proceed before a United States Magistrate Judge.

**IT IS SO ORDERED.**

Dated: May 16, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-00712-LHK
ORDER REQUIRING PARTIES TO FILE CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE