1  Ronald D. Foreman   (State Bar No. 061148)
2  **FOREMAN & BRASSO**
   930 Montgomery Street, Suite 600
3  San Francisco, CA 94133
   Telephone: (415) 433-3475
4  Fax: (415) 781-8030
5
   Attorneys for Defendant
6  LOTUS CARS, USA, INC.

**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

7
8              IN THE UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN JOSE DIVISION
11

12  KENNETH BRIDGES,                )  CASE NO. C 11-00712 LHK
13                                  )
            Plaintiff,              )  **REQUEST FOR TELEPHONIC
14                                  )  APPEARANCE AT CASE
    vs.                             )  MANAGEMENT CONFERENCE**
15                                  )
                                    )  Date:  May 18, 2011
16  LOTUS CARS, USA, INC.,          )  Time:  2:00 p.m.
                                    )  Courtroom: 4
17          Defendant.               )
                                    )
18  _____

19      TO THE HONORABLE LUCY H. KOH, JUDGE IN THE ABOVE-ENTITLED
20  COURT:
21      Ronald D. Foreman, counsel for defendants, LOTUS CARS, USA, Inc. hereby
22  respectfully requests that he be permitted to appear by telephonic appearance at the May 18,
23  2011 Case Management Conference.
24  Date: May 13, 2011                      FOREMAN & BRASSO
25
26                                    By:  *[signature]*
                                           Ronald D. Foreman, Esq.
27
28
    _____
    **REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**