*E-FILED 07-20-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH BRIDGES,<br><br>　　　　Plaintiff,<br>　v.<br><br>LOUTS CARS, USA, INC.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. C11-00712 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court is informed that the parties have reached a settlement. Accordingly, all previously scheduled appearances are vacated.

**On or before September 13, 2011**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **September 27, 2011, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than September 20, 2011**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically

vacated and the parties need not file a joint statement in response to this Order.

SO ORDERED.

Dated: July 20, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-00712-HRL Notice has been electronically mailed to:

Andrew Grant Hamill     ahamill@bridgesmav.com, gina@bridgesmav.com, jsmith@bridgesmav.com

Christopher Ryan Lubeck     clubeck@bridgesmav.com

Ronald D. Foreman     rdf@foremanandbrasso.com, diana@foremanandbrasso.com, foremanandbrasso@foremanandbrasso.com, polly@foremanandbrasso.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.