Christopher R. Lubeck (SBN 261230)
clubeck@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone: (650) 804-7800
Facsimile: (650) 852-9224


ATTORNEY FOR PLAINTIFF
KENNETH BRIDGES


Ronald D. Foreman (SBN 61148)
Foreman & Brasso
930 Montgomery Street, Suite 600
San Francisco, California 94133
Telephone: 415-433-3475
Fax: (415) 781-8030
Email: rdf@foremanandbrasso.com

ATTORNEY FOR DEFENDANT
LOTUS CARS, USA, INC.

*E-FILED 08-24-2011*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| KENNETH BRIDGES<br><br>Plaintiff,<br><br>v.<br><br>LOTUS CARS, USA, INC.,<br><br>Defendant. | Case No. 11-0712<br><br><br>**DISMISSAL**<br><br>JURY TRIAL DEMANDED |

### JOINT STIPULATUION OF DISMISSAL

Plaintiff Kenneth Bridges and Defendant Lotus Cars, USA, Inc. have resolved all issues in the above styled case. Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Kenneth Bridges and Defendant Lotus Cars, USA, Inc. stipulate to dismiss the above-styled action with prejudice and move the Court to recognize the Parties' stipulation by entering an order dismissing the above styled

case with prejudice and charge attorneys' fees against the party who bore those fees.

Dated: August 22, 2011

*/s/ Christopher R. Lubeck*
Christopher R. Lubeck (SBN 261230)
clubeck@bridgesmav.com
BRIDGES & MAVRAKAKIS LLP
3000 El Camino Real
One Palo Alto Square, 2nd Floor
Palo Alto, CA 94306
Telephone: (650) 804-7800
Facsimile: (650) 852-9224

Attorney for Plaintiff Kenneth Bridges

*/s/ Ronald D. Foreman*
Ronald D. Foreman (SBN 61148)
Foreman & Brasso
930 Montgomery Street, Suite 600
San Francisco, California 94133
Telephone: 415-433-3475
Fax: (415) 781-8030
Email: rdf@foremanandbrasso.com

Attorney for Defendant Lotus Cars, USA, Inc.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

KENNETH BRIDGES

        Plaintiff,

v.

LOTUS CARS, USA, INC.,

        Defendant.

Case No. 11-0712

**ORDER TO DISMISS**

JURY TRIAL DEMANDED

### ~~[PROPOSED]~~ ORDER TO DISMISS CASE WITH PREJUDICE

Plaintiff Kenneth Bridges and Defendant Lotus Cars, USA, Inc. stipulate that they resolved all claims in the above-styled action. Pursuant to Federal Rule of Civil Procedure 41, *Bridges v. Lotus Cars, USA, Inc.*, Case No. 11-0712 is DISMISSED with PREJUDICE. Attorneys' fees shall be charged to the party incurring the same.

Dated: August 24, 2011

_____
The Honorable Howard R. Lloyd
United States Magistrate Judge